WILLIAMS, Respondent, *v.* UTICA & B. R. R. Co., Appellants.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment and order affirmed, with costs.

---

YOUNGS, Respondent, *v.* VILLAGE OF OSWEGO FALLS, Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment and order affirmed, with costs.

---

CHASE, Respondent, *v.* WARSAW WATER-WORKS Co., Appellant.

*(Supreme Court, General Term, Fifth Department.* June 19, 1890.)

No opinion. Order appealed from affirmed, with $10 costs and disbursements.

---

*In re* HAND ST., (CITY OF ROCHESTER, Appellant; RILEY, Respondent.)

*(Supreme Court, General Term, Fifth Department.* June 19, 1890.)

No opinion. Order appealed from affirmed, with $10 costs and disbursements. *Held,* that the question raised by this appeal was passed upon in this proceeding reported in 5 N. Y. Supp. 158.

---

CROSS, Respondent, *v.* NATIONAL FIRE INS. Co. OF THE CITY OF NEW YORK, Appellant.

*(Supreme Court, General Term, Fifth Department.* June 19, 1890.)

No opinion. Judgment and order appealed from affirmed. See 6 N. Y. Supp. 84.

---

FETES, Respondent, *v.* VOLMER *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department.* June 19, 1890.)

No opinion. Motion for stay of proceedings pending appeal denied, without costs, on condition that the property be offered for sale at an upset price of $12,000. See 8 N. Y. Supp. 294.

---

FROTHINGHAM *et al.*, Appellants, *v.* WOLFF, Respondent.

*(Supreme Court, General Term, Fifth Department.* June 19, 1890.)

No opinion. Order appealed from affirmed, with $10 costs and disbursements.

---

HALL, Appellant, *v.* GERMAIN *et al.*, Respondents.

*(Supreme Court, General Term, Fifth Department.* June 19, 1890.)

No opinion. Order appealed from affirmed, with $10 costs and disbursements.

---

KLEIN, Respondent, *v.* MILLER, Appellant.

*(Supreme Court, General Term, Fifth Department.* June 19, 1890.)

No opinion. Judgment of the Erie county court affirmed, with costs.